IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RYAN PFLIPSEN, § § *Plaintiff,* § § vs. § § BE RIOS, LTD., § § *Defendant.* § § § § § | 5-19-CV-01437-RBF |

### ORDER APPROVING CONSENT DECREE AND
### DISMISSAL OF DEFENDANTS WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Amended Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 20]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant, BE RIOS, LTD., d/b/a RIOS CRYSTAL MALL is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree for a period of 12 months from the date of this Order after which the Court's jurisdiction will terminate.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6.      This case is CLOSED.

DONE AND SIGNED in Chambers, at San Antonio, Texas this __27th__ day of May, 2021

                                                                      _____
**RICHARD B. FARRER**
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION